## Hatfield et al. *v.* Semans, Appellant.

## Garlow *v.* Semans, Appellant.

## Donley et al. *v.* Semans, Appellant.

## Garlow *v.* Semans, Appellant.

Argued Oct. 1, 1917.   Appeals, Nos. 62, 63, 64, 65, Oct. T., 1917, by defendant, from judgments of C. P. Greene Co., June T., 1916, Nos. 29, 30, 31, 32, dismissing exceptions to sheriff's sale.   Before BROWN, C. J., MESTREZAT, STEWART, FRAZER and WALLING, JJ.   Affirmed.

Exceptions to sheriff's sale.   Before RAY, P. J.
Motions to quash appeals.
The court dismissed the exceptions.   Defendants appealed.

*Error assigned* in each case was in dismissing the exceptions.

OPINION BY MR. JUSTICE FRAZER, January 7, 1918:
The records in these cases raise the identical questions disposed of in the opinion in Donley v. Semans filed this day.   For the reasons set forth in that opinion these appeals are quashed.